1  STEVEN W. MYHRE
   Acting United States Attorney
2  Nevada Bar No. 9635
   PAMELA A. MARTIN
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada  89101
   Phone:  702-388-6336
5  Email:  pam.martin@usdoj.gov
   *Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:04-cr-00389-MMD-PAL |
| Plaintiff, | |
| v. | **MOTION TO QUASH WARRANT** |
| RALPH MACIAS, | |
| Defendant. | |

COMES NOW the United States of America, by and through STEVEN W. MYHRE, Acting United States Attorney, and PAMELA A. MARTIN, Assistant United States Attorney, and files this Motion to Dismiss the Indictment and Quash the Arrest Warrant as to defendant RALPH MACIAS.

In September of 2004, an Indictment was filed charging defendant with violations of the Controlled Substances Act. Defendant RALPH MACIAS has never been arrested by the Drug Enforcement Administration nor the United States Marshals Service. Both agencies have been unable to locate defendant RALPH MACIAS for over ten (10) years.

Therefore, the United States respectfully requests that as to defendant RALPH MACIAS, the Indictment and corresponding Arrest Warrant be Quashed

Dated this 19th day of September 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney


/s/*Pamela A. Martin*
PAMELA A.MARTIN
Assistant United States Attorney

IT IS SO ORDERED.

September 19, 2017

_____
UNITED STATES DISTRICT JUDGE